# Exhibit E

# US 11,403,932 Claim 1

| | |
|---|---|
| 1. A method for providing instant emergency voice alerts to wireless hand held device users in a specified region, the method comprising | For example, using Motorola Solutions Inc., **voice alerts are provided to wireless devices in emergency situations.** |



https://www.motorolasolutions.com/en_us/products/mission-critical-internet-of-things/siren-solutions.html



https://www.motorolasolutions.com/content/dam/msi/docs/business/product_lines/astro_25_network/_documents/static_files/astro_25_systems_brochure.pdf

6

# US 11,403,932 Claim 1

| | |
|---|---|
| **determining an emergency situation affecting a specified region** and requiring emergency notification of the emergency situation to wireless hand held device users in the specified region; | For example, using Motorola Solutions Inc., **emergency situations such as a Tornado** are provided as voice alerts to wireless devices about the **emergency situations affecting a specified region..** |



https://www.motorolasolutions.com/en_us/products/mission-critical-internet-of-things/siren-solutions.html

7

# US 11,403,932 Claim 1

| | |
|---|---|
| determining an emergency situation affecting a specified region **and requiring emergency notification of the emergency situation to wireless hand held device users** in the specified region; | For example, using Motorola Solutions Inc., emergency situations such as a Tornado **are provided as Call Alerts or voice alerts to wireless devices** about the emergency situations affecting a specific region.. |



https://video.motorolasolutions.com/detail/videos/dispatch-reporting/video/6144092735001/experience-the-future-of-dispatch-with-commandcentral-axs?autoStart=true

7

# US 11,403,932 Claim 1

| | |
|---|---|
| **generating and converting a text message indicative of the emergency situation** into a digitized voice alert; | For example, using Motorola Solutions Inc., voice alerts can be generated **by converting a text message (Fire District 1) that is reporting an emergency situation.** |



https://video.motorolasolutions.com/detail/videos/dispatch-reporting/video/6144092735001/experience-the-future-of-dispatch-with-commandcentral-axs?autoStart=true

8

# US 11,403,932 Claim 1

| | |
|---|---|
| generating and converting a text message indicative of the emergency situation **into a digitized voice alert;** | For example, using Motorola Solutions Inc., **voice alerts can be generated** by converting a text message that is reporting an emergency situation. |



https://video.motorolasolutions.com/detail/videos/dispatch-reporting/video/6144092735001/experience-the-future-of-dispatch-with-commandcentral-axs?autoStart=true

# US 11,403,932 Claim 1

| | |
|---|---|
| **converting the digitized voice alert into at least one language selected from a plurality of languages** for broadcast of the digitized voice alert through the at least one wireless hand held device; and | For example, using Motorola Solutions Inc., **voice alerts can be converted into a language selected from a plurality of different languages using the Command Central AXS** to wireless devices in emergency situations. |



> EFFORTLESS IS ALWAYS IN REACH
>
> APX NEXT is designed for effortless usability when everything is on the line. Intuitive knobs and buttons are easily distinguished by touch. A mission-critical touchscreen makes it fast and easy to operate your radio. <u>ViQi understands a huge range of natural language voice commands</u>, so you can operate the radio with eyes-up awareness. Every interaction is simple, fast and logical. You stay focused on what matters—your mission and your safety.
>
> BRING NEW INTELLIGENCE TO THE POINT OF ENGAGEMENT
>
> APX NEXT mission-critical apps bring new intelligence to the field. <u>ViQi enables natural language database queries</u>, rapidly giving vital information, and letting dispatchers stay focused on critical situations. And as part of our unique, end-to-end public safety ecosystem, APX NEXT data and operations are secure, and new capabilities can be seamlessly added as your needs evolve

https://www.motorolasolutions.com/content/dam/msi/Products/apx-next1/apx-next-data-sheet.pdf

9

# US 11,403,932 Claim 1

| | |
|---|---|
| **transmitting the digitized voice alert through specific towers of a cellular communications network** in the specified region for distribution of an emergency announcement about the emergency situation provided by the digitized voice alert to at least one wireless hand held device in communication with the specific towers of the cellular communications network in the specified region. | For example, Using **Motorola Solutions Inc., voice alerts announcing an emergency situation, can be transmitted through a city's cell tower.** |



https://www.motorolasolutions.com/en_us/products/mission-critical-internet-of-things/siren-solutions.html

10

# US 11,403,932 Claim 1

| | |
|---|---|
| transmitting the digitized voice alert through specific towers of a cellular communications network **in the specified region** **for distribution of an emergency announcement about the emergency situation** provided by the digitized voice alert to at least one wireless hand held device in communication with the specific towers of the cellular communications network in the specified region. | For example, Using Motorola Solutions Inc., voice alerts announcing an emergency situation, can be transmitted through a city's cell tower **in a specified region about an emergency situation, like a Tornado,** to a wireless device. |



https://www.motorolasolutions.com/en_us/products/mission-critical-internet-of-things/siren-solutions.html

10

# US 11,403,932 Claim 1

| | |
|---|---|
| transmitting the digitized voice alert through specific towers of a cellular communications network in the specified region for distribution of an emergency announcement about the emergency situation provided by the digitized voice alert **to at least one wireless hand held device in communication** with the specific towers of the cellular communications network in the specified region. | For example, Using Motorola Solutions Inc., voice alerts announcing an emergency situation, can be transmitted through a city's cell tower in a specified region about an emergency situation, like a Tornado, **to a wireless device.** |



https://video.motorolasolutions.com/detail/videos/dispatch-reporting/video/6144092735001/experience-the-future-of-dispatch-with-commandcentral-axs?autoStart=true

10

# US 11,403,932 Claim 1

| | |
|---|---|
| transmitting the digitized voice alert through specific towers of a cellular communications network in the specified region for distribution of an emergency announcement about the emergency situation provided by the digitized voice alert to at least one wireless hand held device in communication **with the specific towers of the cellular communications network** in the specified region. | For example, Using Motorola Solutions Inc., voice alerts announcing an emergency situation, can be transmitted through a city's cell tower in a specified region about an emergency situation, like a Tornado, to a wireless device **with cell towers of the cellular communication network.** |



https://www.motorolasolutions.com/en_us/products/mission-critical-internet-of-things/siren-solutions.html

10

# US 11,403,932 Claim 1

| transmitting the digitized voice alert through specific towers of a cellular communications network in the specified region for distribution of an emergency announcement about the emergency situation provided by the digitized voice alert to at least one wireless hand held device in communication with the specific towers of the cellular communications network **in the specified region.** | For example, Using Motorola Solutions Inc., voice alerts announcing an emergency situation, can be transmitted through a city's cell tower in a specified region about an emergency situation, like a Tornado, to a wireless device with cell towers of the cellular communication network **in the specified region.** |



https://www.motorolasolutions.com/en_us/products/mission-critical-internet-of-things/siren-solutions.html

10

# US 11,403,932 Claim 18

| | |
|---|---|
| 18. A method for providing instant emergency voice alerts to wireless hand held device users in a specified region, the method comprising: | For example, using Motorola, **voice alerts are provided** to **wireless devices** in emergency situations. |



https://www.motorolasolutions.com/en_us/products/mission-critical-internet-of-things/siren-solutions.html

https://www.motorolasolutions.com/content/dam/msi/docs/business/product_lines/astro_25_network/_documents/static_files/astro_25_systems_brochure.pdf

6

# US 11,403,932 Claim 18

| **determining an emergency situation affecting a specified region** | For example, using Motorola Solutions Inc., **emergency situations such as a Tornado** are provided as voice alerts to wireless devices about the **emergency situations affecting a specified region..** |
|---|---|



https://www.motorolasolutions.com/en_us/products/mission-critical-internet-of-things/siren-solutions.html

7

# US 11,403,932 Claim 18

| **and requiring emergency notification of the emergency situation to wireless hand held device users** in the specified region; | For example, using Motorola Solutions Inc., emergency situations **are provided as Call Alerts or voice alerts to wireless devices** about the emergency situations affecting a specific region.. |
|---|---|



https://video.motorolasolutions.com/detail/videos/dispatch-reporting/video/6144092735001/experience-the-future-of-dispatch-with-commandcentral-axs?autoStart=true

7

# US 11,403,932 Claim 18

| | |
|---|---|
| generating and converting a text message indicative of the emergency situation into a digitized voice alert; and | For example, using Motorola Solutions Inc., voice alerts can be generated **by converting a text message (Fire District 1) that is reporting an emergency situation.** |



https://video.motorolasolutions.com/detail/videos/dispatch-reporting/video/6144092735001/experience-the-future-of-dispatch-with-commandcentral-axs?autoStart=true

https://www.motorolasolutions.com/content/dam/msi/docs/products/command-center-software/commandcentral-notify/cc_notify_customer_brochure.pdf

© 2021 Motorola Solutions, Inc. All rights reserved. 10-2021

8

# US 11,403,932 Claim 18

| | |
|---|---|
| **transmitting the digitized voice alert through specific towers of a cellular communications network** | For example, Using **Motorola Solutions Inc.**, voice alerts announcing an emergency situation, can be transmitted through a city's cell tower. |



https://www.motorolasolutions.com/en_us/products/mission-critical-internet-of-things/siren-solutions.html

10

# US 11,403,932 Claim 18

| | |
|---|---|
| **in the specified region for distribution of an emergency announcement about the emergency situation** | For example, Using Motorola Solutions Inc., voice alerts announcing an emergency situation, can be transmitted through a city's cell tower **in a specified region about an emergency situation, like a Tornado,** to a wireless device. |



https://www.motorolasolutions.com/en_us/products/mission-critical-internet-of-things/siren-solutions.html

10

# US 11,403,932 Claim 18

| **provided by the digitized voice alert to at least one wireless hand held device** | For example, Using Motorola Solutions Inc., voice alerts announcing an emergency situation, can be transmitted through a city's cell tower in a specified region about an emergency situation, like a Tornado, **to a wireless device.** |
|---|---|



https://video.motorolasolutions.com/detail/videos/dispatch-reporting/video/6144092735001/experience-the-future-of-dispatch-with-commandcentral-axs?autoStart=true

10

# US 11,403,932 Claim 18

| in communication with the specific towers of the cellular communications network in the specified region. | For example, Using Motorola, voice alerts announcing an emergency situation, can be transmitted through a city's cell tower to a wireless device . |



https://www.motorolasolutions.com/en_us/products/mission-critical-internet-of-things/siren-solutions.html

10