# Exhibit F

# US 11,403,932 Claim 1

1. A method for providing instant emergency voice alerts to wireless hand held device users in a specified region, the method comprising

To the extent the preamble is limiting, Rave Mobile Safety performs and induces others to perform a method of providing instant emergency voice alerts to wireless hand held device users in a specified region.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, Rave Mobile Safety provides Rave Alert, a mass notification system. This system is used to send automatic alerts to users in case of an emergency. The users are notified about these emergencies through alerts sent via calls/voicemails ("voice alerts") on the users' mobile phones ("wireless hand held device") such that the alerts are only sent to the users in a region where there is an emergency. Rave Alert allows sending targeted messages/alerts based on location.



Source: https://www.ravemobilesafety.com/products/rave-alert/

6

# US 11,403,932 Claim 1

1. A method for providing instant emergency voice alerts to wireless hand held device users in a specified region, the method comprising



Source: https://www.ravemobilesafety.com/products/rave-alert/



**Automatic Updates**

Set it and forget it — syncs automatically to your current database of record and performs ongoing proactive checks so you'll always send the right message to the right people at the right time.

Source: https://www.ravemobilesafety.com/products/rave-alert/



**Unlimited Internal Communication**

The easy-to-use infrastructure enables you to segment lists by departments, location or any criteria you choose to send targeted messages. The Rave Alert interface can also be customized so administrators can have tools and options based on their role or needs.

Source: https://www.ravemobilesafety.com/products/rave-alert/

6

# US 11,403,932 Claim 1

1. A method for providing instant emergency voice alerts to wireless hand held device users in a specified region, the method comprising



Source: https://www.ravemobilesafety.com/products/rave-alert/



Source: https://www.ravemobilesafety.com/products/rave-alert/

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

# US 11,403,932 Claim 1

> determining an emergency situation affecting a specified region and requiring emergency notification of the emergency situation to wireless hand held device users in the specified region;

Rave Mobile Safety performs and induces others to perform the step of determining an emergency situation affecting a specified region and requiring emergency notification of the emergency situation to wireless hand held device users in the specified region.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, Rave Alert provides a feature for sending automated notifications. Rave allows sending notifications to users in situations including but not limited to severe changes in weather ("emergency situation") in a given geographical area ("specified region"). Upon determination of an emergency, the notifications are automatically sent out to users through a call on their mobile phones.



**Unlimited Internal Communication**

The easy-to-use infrastructure enables you to segment lists by departments, location or any criteria you choose to send targeted messages. The Rave Alert interface can also be customized so administrators can have tools and options based on their role or needs.

Source: https://www.ravemobilesafety.com/products/rave-alert/



Source: https://www.ravemobilesafety.com/products/rave-alert/, 0:20



**Automatic Updates**

Set it and forget it — syncs automatically to your current database of record and performs ongoing proactive checks so you'll always send the right message to the right people at the right time.

Source: https://www.ravemobilesafety.com/products/rave-alert/

# US 11,403,932 Claim 1

determining an emergency situation affecting a specified region and requiring emergency notification of the emergency situation to wireless hand held device users in the specified region;



Source: https://www.ravemobilesafety.com/products/rave-alert/ 0:26

Source: https://www.ravemobilesafety.com/products/rave-alert/ 1:43

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

# US 11,403,932 Claim 1

---

generating and converting a text message indicative of the emergency situation into a digitized voice alert;

---

Rave Mobile Safety performs and induces others to perform the step of generating and converting a text message indicative of the emergency situation into a digitized voice alert.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, Rave Alert provides the feature of sending out mass notifications in case of emergencies and these notifications are sent through a call/voicemail to the user's mobile phone. Rave allows sending voice alerts using the text-to-speech feature which converts a text message ("text message indicative") that the user types into a speech signal ("digitized voice alert"). The text-to-speech feature uses, for example a digital signal processor to output a digitized voice alert that is an electronic representation of sound waves.



Source: https://www.youtube.com/watch?v=Ut26WoUyMWw, 3:06

Source: https://www.ravemobilesafety.com/products/rave-alert/, 0:20

8

# US 11,403,932 Claim 1

generating and converting a text message indicative of the emergency situation into a digitized voice alert;



Source: https://www.ravemobilesafety.com/products/rave-alert/ , 0:26

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

# US 11,403,932 Claim 1

converting the digitized voice alert into at least one language selected from a plurality of languages for broadcast of the digitized voice alert through the at least one wireless hand held device; and

Rave Mobile Safety performs and induces others to perform the step of converting said digitized voice alert into more than one language from among a plurality of languages for broadcast of said digitized voice alert in consecutively different languages through said at least one wireless hand held device.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, Rave Alert is a multilingual emergency notification delivery solution that allows users to select the language ("converting said digitized voice alert into more than one language") in which the alert notifications have to be delivered. Hence, when an emergency occurs, the users receive the voice alert in their preferred language of communication ("broadcast of said digitized voice alert in consecutively different languages") on their mobile phone.

## Leveraging Technology to Spread the Word

In multi-cultural schools, in which a dozen or more languages may be spoken, organizing drills in multiple languages raises logistical issues. A multi-modal emergency notification solution which supports multilingual message delivery - resolves these issues by giving ELL students the option to log into a school-branded portal and select the language in which they want to receive alerts. Then, if an emergency occurs, the message will be sent to the student in their preferred language, avoiding any possible miscommunication. If recipients are able to receive the alert in their selected language, it saves responders time in an emergency and potentially saves lives.

If an emergency notification system has grouping functionality, the multilingual message delivery service can be extended to parents and families. By logging onto the school's branded portal, the student's parents can opt in to receive alerts in the language they are proficient in. Should a school emergency occur that primarily affects students - for example an evacuation order due to a fire on campus - the parents and families group can be excluded from the initial alert (to prevent confusion over whether parents and families should also evacuate); although the group should, and can, be notified quickly via a separate communication to prevent inaccurate rumors spreading.

Source: https://www.ravemobilesafety.com/blog/how-do-you-teach-safety-in-non-english-communities

# US 11,403,932 Claim 1

converting the digitized voice alert into at least one language selected from a plurality of languages for broadcast of the digitized voice alert through the at least one wireless hand held device; and



Source: https://www.ravemobilesafety.com/rave-alert-product, 3:04



Source: https://www.ravemobilesafety.com/rave-alert-product, 0:26

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

Source: https://www.ravemobilesafety.com/blog/how-do-you-teach-safety-in-non-english-communities

# US 11,403,932 Claim 1

transmitting the digitized voice alert through specific towers of a cellular communications network in the specified region for distribution of an emergency announcement about the emergency situation provided by the digitized voice alert to at least one wireless hand held device in communication with the specific towers of the cellular communications network in the specified region.

Rave Mobile Safety performs and induces others to perform the step of transmitting said digitized voice alert through specific towers of a cellular communications network in said specified region for distribution of an automatic emergency announcement about said emergency situation provided by said digitized voice alert to at least one wireless hand held device in communication with said specific towers of said cellular communications network in said specified region.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, when an emergency occurs in a particular geographical area, Rave Alert sends out voice alerts to the users in the particular are to notify them about the emergency. These alerts are sent to the user's mobile phone via call/voicemail. In order to receive the alerts, the mobile phone must be connected to a cellular communications network (such as Verizon and T-Mobile) though a cellular tower (such as base stations) so that the alerts are routed to the user's mobile phone located in a specific region within the given cellular communications network.



Source: https://www.ravemobilesafety.com/rave-alert-product, 0:26



Source: https://online.flippingbook.com/view/88987/, 1:43

10

# US 11,403,932 Claim 1

transmitting the digitized voice alert through specific towers of a cellular communications network in the specified region for distribution of an emergency announcement about the emergency situation provided by the digitized voice alert to at least one wireless hand held device in communication with the specific towers of the cellular communications network in the specified region.



Source: https://www.ravemobilesafety.com/rave-alert-product

### Automated Severe Weather Notification

While the storm hitting the east coast right now was anticipated and surprised no one, severe weather can happen quickly. Many of our clients configure automated notifications to be sent to select administrators as conditions arise. Tornado watches and warnings are a great example. As notices are published by the national weather services for a given area, those who are responsible for making the broader community aware of threats are automatically notified.

Many times, weather watches (or "preparatory" messages) may also be automatically posted to social media channels. As the severity and likelihood of impact increases, many organizations choose to send automatic severe weather notification alerts to the broader community using multiple communication channels - such as SMS text, email and voice broadcasts - to ensure the alerts are received by everybody at risk of danger as quickly and efficiently as possible.

Source: https://www.ravemobilesafety.com/blog/severe-weather-notification-best-practice-tips

## Unlimited Internal Communication

The easy-to-use infrastructure enables you to segment lists by departments, location or any criteria you choose to send targeted messages. The Rave Alert interface can also be customized so administrators can have tools and options based on their role or needs.

Source: https://www.ravemobilesafety.com/rave-alert-product

10

# US 11,403,932 Claim 1

transmitting the digitized voice alert through specific towers of a cellular communications network in the specified region for distribution of an emergency announcement about the emergency situation provided by the digitized voice alert to at least one wireless hand held device in communication with the specific towers of the cellular communications network in the specified region.



Source: https://www.ravemobilesafety.com/rave-alert-product, 0:20

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

# US 11,403,932 Claim 18

## List of References

1. https://www.ravemobilesafety.com/products/rave-alert/ last accessed on March 27, 2023.
2. https://online.flippingbook.com/view/88987/, last accessed on March 27, 2023.
3. https://www.youtube.com/watch?v=Ut26WoUyMWw, last accessed on March 27, 2023.

| ROW | Claim | Analysis |
|---|---|---|
| 18.1 | 18. A method for providing instant emergency voice alerts to wireless hand held device users in a specified region, the method comprising: | To the extent the preamble is limiting, Rave Mobile Safety performs and induces others to perform a method of providing instant emergency voice alerts to wireless hand held device users in a specified region.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Rave Mobile Safety provides Rave Alert, a mass notification system. This system is used to send automatic alerts to users in case of an emergency. The users are notified about these emergencies through alerts sent via calls/voicemails ("voice alerts") on the users' mobile phones ("wireless hand held device") such that the alerts are only sent to the users in a region where there is an emergency. Rave Alert allows sending targeted messages/alerts based on location.<br><br><br><br>Source: https://www.ravemobilesafety.com/products/rave-alert/<br><br>Source: https://www.ravemobilesafety.com/products/rave-alert/ |

6



Source: https://www.ravemobilesafety.com/products/rave-alert/



**Automatic Updates**

Set it and forget it — syncs automatically to your current database of record and performs ongoing proactive checks so you'll always send the right message to the right people at the right time.

Source: https://www.ravemobilesafety.com/products/rave-alert/



**Unlimited Internal Communication**

The easy-to-use infrastructure enables you to segment lists by departments, location or any criteria you choose to send targeted messages. The Rave Alert interface can also be customized so administrators can have tools and options based on their role or needs.

Source: https://www.ravemobilesafety.com/products/rave-alert/

7



Source: https://www.ravemobilesafety.com/products/rave-alert/, 0:26



Source: https://online.flippingbook.com/view/88987/, 1:43

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| 18.2 | determining an emergency situation affecting a specified region and requiring emergency notification of the emergency situation to wireless hand held device users in the specified region; | Rave Mobile Safety performs and induces others to perform the step of determining an emergency situation affecting a specified region and requiring emergency notification of the emergency situation to wireless hand held device users in the specified region. |
| --- | --- | --- |
| | | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | | For example, Rave Alert provides a feature for sending automated notifications. Rave allows sending notifications to users in situations including but not limited to severe changes in weather ("emergency situation") in a given geographical area ("specified region"). Upon |

# US 11,403,932 Claim 18

determination of an emergency, the notifications are automatically sent out to users through a call on their mobile phones.



### Unlimited Internal Communication

The easy-to-use infrastructure enables you to segment lists by departments, location or any criteria you choose to send targeted messages. The Rave Alert interface can also be customized so administrators can have tools and options based on their role or needs.

Source: https://www.ravemobilesafety.com/products/rave-alert/



Source: https://www.ravemobilesafety.com/products/rave-alert/, 0:20



### Automatic Updates

Set it and forget it — syncs automatically to your current database of record and performs ongoing proactive checks so you'll always send the right message to the right people at the right time.

Source: https://www.ravemobilesafety.com/products/rave-alert/



Source: https://www.ravemobilesafety.com/products/rave-alert/ , 0:26



Source: https://online.flippingbook.com/view/88987/, 1:43

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| 18.3 | generating and converting a text message indicative of the emergency situation into a digitized voice alert; and; | Rave Mobile Safety performs and induces others to perform the step of generating and converting a text message indicative of the emergency situation into a digitized voice alert. |
| --- | --- | --- |
| | | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | | For example, Rave Alert provides the feature of sending out mass notifications in case of emergencies and these notifications are sent through a call/voicemail to the user's mobile phone. Rave allows sending voice alerts using the text-to-speech feature which converts a text message ("text |

# US 11,403,932 Claim 18

message indicative") that the user types into a speech signal ("digitized voice alert"). The text-to-speech feature uses, for example a digital signal processor to output a digitized voice alert that is an electronic representation of sound waves.



Source: https://www.youtube.com/watch?v=Ut26WoUyMWw, 3:06

Source: https://www.ravemobilesafety.com/products/rave-alert/, 0:20

US 11,403,932 Claim 18



Source: https://www.ravemobilesafety.com/products/rave-alert/ , 0:26

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| 18.4 | transmitting the digitized voice alert through specific towers of a cellular communications network in the specified region for distribution of an emergency announcement about the emergency situation provided by the digitized voice alert to at least one wireless hand held device in communication with the specific towers of the cellular communications network in the specified region. | Rave Mobile Safety performs and induces others to perform the step of transmitting the digitized voice alert through specific towers of a cellular communications network in the specified region for distribution of an emergency announcement about the emergency situation provided by the digitized voice alert to at least one wireless hand held device in communication with the specific towers of the cellular communications network in the specified region. |
|---|---|---|
| | | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | | For example, when an emergency occurs in a particular geographical area, Rave Alert sends out voice alerts to the users in the particular area to notify them about the emergency. These alerts are sent to the user's mobile phone via call/voicemail. In order to receive the alerts, the mobile phone must be connected to a cellular communications network (such as Verizon and T-Mobile) through a cellular tower (such as base stations) so that the alerts are routed to the user's mobile phone located in a specific region within the given cellular communications network. |

# US 11,403,932 Claim 18



Source: https://www.ravemobilesafety.com/products/rave-alert/, 0:26



Source: https://online.flippingbook.com/view/88987/, 1:43



**Automatic Updates**

Set it and forget it — syncs automatically to your current database of record and performs ongoing proactive checks so you'll always send the right message to the right people at the right time.

Source: https://www.ravemobilesafety.com/products/rave-alert/

# US 11,403,932 Claim 18



**Unlimited Internal Communication**

The easy-to-use infrastructure enables you to segment lists by departments, location or any criteria you choose to send targeted messages. The Rave Alert interface can also be customized so administrators can have tools and options based on their role or needs.

Source: https://www.ravemobilesafety.com/products/rave-alert/



Source: https://www.ravemobilesafety.com/products/rave-alert/, 0:20

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.