**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **VERNA IP, LLC,** | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 6:23-cv-00129-ADA |
| v. | ) | |
| | ) | |
| **MOTOROLA SOLUTIONS, INC. and,** | ) | **JURY TRIAL DEMANDED** |
| **RAVE MOBILE SAFETY,** | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Federal Rule 41 (a)(1)(A)(ii), the Plaintiff, Verna IP, LLC and Defendant, Motorola Solutions, Inc., hereby jointly stipulate the dismissal of this action for all of Plaintiff's claims. The Parties further jointly stipulate and agree that the dismissal of Plaintiff's claims shall be WITH PREJUDICE as to the asserted patents. The Parties further jointly stipulate and agree that each party shall bear its own costs, expenses and attorneys' fees.

Dated: July 11, 2023

Respectfully submitted,

*/s/ William P. Ramey, III*

William P. Ramey, III
Texas Bar No. 24027643
**Ramey LLP**
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923
wramey@rameyfirm.com

*Attorneys for Verna IP, LLC*

/s/ *M. Natalie Alfaro Gonzales*

M. Natalie Alfaro Gonzales
Texas Bar No. 24069286

1

**BAKER BOTTS L.L.P.**
910 Louisiana Street
Houston, TX  77002
(713) 229-1234
natalie.gonzales@bakerbotts.com

*Attorney for Defendant Motorola Solutions, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that July 11, 2023, the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ William P. Ramey, III*
William P. Ramey, III